1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2821
   Facsimile:  (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for Defendants

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MICHAEL NEWDOW, | CASE NO.   2:13-CV-02012-MCE-AC |
| 13           Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING THE DEADLINE FOR THE FILING OF ALL DISPOSITIONAL DOCUMENTS** |
| 14  v. | |
| 15  UNITED STATES OF AMERICA; SURGEON GENERAL, U.S. DEPARTMENT OF THE ARMY; SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| 16 | |
| 17 | |
|            Defendants. | |
| 18 | |

19     Plaintiff Michael Newdow, proceeding *pro se*, and Defendants (the United States of

20  America, the Surgeon General of the United States Department of the Army in her official capacity,

21
22  and the Secretary of the United States Department of Health and Human Services in her official

23  capacity), by and through their attorneys, hereby stipulate, subject to approval of the Court, to extend

24  the deadline for the filing of all dispositional documents (as referenced in the minute order filed on

25  June 19, 2014) by two weeks.  The new deadline will be August 4, 2014.  There have been no prior

26  extensions of time sought for filing these dispositional documents.

27

28
   STIPULATION TO EXTEND DEADLINE FOR
   DEFENDANTS TO FILE A RESPONSIVE PLEADING

Respectfully submitted,

Dated:  July 21, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated:  July 21, 2014

*/s/ Michael Newdow*
Michael Newdow
*Pro Se* Plaintiff

## ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the deadline for the filing of the dispositional documents in the above-captioned case is extended to August 4, 2014.

Dated: July 23, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND DEADLINE FOR
DEFENDANTS TO FILE A RESPONSIVE PLEADING