UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. NEWDOW,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:13-cv-02012-MCE-AC<br><br><br><br>**ORDER** |

The Court is in receipt of the parties' Stipulation of Voluntary Dismissal (ECF No. 31) and Stipulation of Settlement (ECF No. 32). Good cause having been shown, Plaintiff's Second Amended Complaint is DISMISSED with prejudice, and Defendant's Pending Motion to Dismiss (ECF No. 18) is DENIED as moot. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 18, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT